UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE EUGENE WEAVER,<br><br>   Petitioner,<br><br>   v.<br><br>R E BARNES,<br><br>   Respondent. | Case No.  14-cv-01791-JD<br><br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 1 |

This case was opened when petitioner submitted a motion to the Court regarding a case in the United States District Court Eastern District of California.  In an effort to protect his rights, it was filed as a new case.  Petitioner was informed that he had not filed a formal complaint or petition and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

No response has been received.  This case is therefore **DISMISSED** without prejudice, petitioner's motion for contempt of court (Docket No. 1) is **DENIED** and a certificate of appealability is **DENIED**.  No fee is due.  The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: June 9, 2014

_____
JAMES DONATO
United States District Judge

14-cv-01791-JD-_dis_ifp